Edward S. HOPKINS, Plaintiff-Respondent, v. BOSTON & MAINE RAILROAD, Defendant-Appellant.

No. 34.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

Martin Gilligan, of New York City (K. O. Mott-Smith, of New York City, of counsel), for appellant.

Alfred T. Rowe, of New York City (Sol Gelb, of New York City, of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Thomas J. HOWARD, Libelant-Appellee, v. THE Scow GILDERSLEEVE NO. 325, and Seaboard Sand & Gravel Corporation and THE Steam Tug REICHERT BOYS, Reichert Towing Line, Respondent-Impleaded.

NORTHWESTERN FIRE & MARINE INSURANCE COMPANY, Libelant-Appellant, v. SEABOARD SAND & GRAVEL CORPORATION, and THE Steam Tug REICHERT BOYS, and Reichert Towing Line, Respondent-Appellee.

Nos. 45, 46.

Circuit Court of Appeals, Second Circuit.

Dec. 18, 1933.

Purdy & Purdy, of New York City (Edmund F. Lamb, of New York City, of counsel), for appellants.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee Howard.

Foley & Martin, of New York City (James A. Martin, of New York City, of counsel), for Seaboard Sand & Gravel Corporation.

Frank H. Cooper, of New York City (Charles W. Hagen, of New York City, of counsel), for Reichert Towing Line.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.

H. D. HUDSON v. Martha Ingersoll ROBINSON.

No. 4954.

Circuit Court of Appeals, Seventh Circuit.

Nov. 17, 1933.

John L. Davidson, of Chicago, Ill., for appellant.

Ira J. Covey, of Peoria, Ill., for appellee.

Before SPARKS, FITZHENRY, and PAGE, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments by Mr. John L. Davidson, counsel for appellant, and Mr. Ira J. Covey, counsel for appellee, present and making no oral argument.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause be, and the same is hereby, affirmed, with costs and interest from the date of the judgment of the said District Court until paid at the same rate that similar judgments bear in the courts of the state of Illinois.